No. 672. STATE INDUSTRIAL COMMISSION OF THE STATE OF NEW YORK *v.* CLARENCE P. HOWLAND COMPANY, INC., ET AL. October 28, 1918. Petition for a writ of certiorari to the Supreme Court, Appellate Division, Third Judicial Department, of the State of New York, denied. *Mr. E. Clarence Aiken* and *Mr. Merton E. Lewis* for petitioner. *Mr. Andrew J. Nellis* for respondents.

---

No. 673. STATE INDUSTRIAL COMMISSION OF THE STATE OF NEW YORK *v.* JOHNSON LIGHTERAGE COMPANY ET AL. October 28, 1918. Petition for a writ of certiorari to the Supreme Court, Appellate Division, Third Judicial Department, of the State of New York, denied. *Mr. E. Clarence Aiken* and *Mr. Merton E. Lewis* for petitioner. No appearance for respondents.

---

No. 674. STATE INDUSTRIAL COMMISSION OF THE STATE OF NEW YORK *v.* ROCK PLASTER MANUFACTURING COMPANY ET AL. October 28, 1918. Petition for a writ of certiorari to the Supreme Court, Appellate Division, Third Judicial Department, of the State of New York, denied. *Mr. E. Clarence Aiken* and *Mr. Merton E. Lewis* for petitioner. No appearance for respondents.